UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ALPINE CAPITAL, LLC,
a North Carolina limited liability company,

    Plaintiff,

v.                                  CASE NO.: 9:17-cv-81164

SATORI WATERS, LLC, a Florida limited liability
company; et al.,

    Defendants.

## NOTICE OF FILING SUPPLEMENTAL REPORT

Rick Arrowsmith of Alvarez & Marsal Healthcare Industry Group LLC and his designated representatives ("Receiver"), by and through undersigned counsel and pursuant to paragraph 16 of the Court's *Order Granting Plaintiff's Motion to Substitute Receiver with Incorporated Memorandum of Law* entered on February 22, 2018 [ECF No. 81] notices the filing the Receiver's supplemental report for the period from May 20, 2018 through July 20, 2018.

Dated:  July 27, 2018

                                            Respectfully submitted,

                                            **BILZIN SUMBERG BAENA**
                                            **PRICE & AXELROD LLP**
                                            *Attorneys for Receiver*
                                            1450 Brickell Avenue, 23rd Floor
                                            Miami, Florida 33131
                                            Tel:  (305) 374-7580
                                            Fax: (305) 374-7593

                                            By:   /s/ *Jeffrey I. Snyder*
                                                  Jeffrey I. Snyder
                                                  Fla. Bar No. 021281
                                                  jsnyder@bilzin.com

Alvarez & Marsal
Healthcare Industry Group, LLC
600 Madison Avenue, 8th Floor
New York, NY 10022
Phone: +1 212 759 4433
Fax: +1 212 759 5532

July 25, 2018

From: Richard Arrowsmith of Alvarez & Marsal Healthcare Industry Group LLC
Receiver over Collateral pursuant to Court Order dated February 22, 2018

To: Honorable Robin L. Rosenberg
United States District Judge
United States District Court
701 Clematis Street, Courtroom 2
West Palm Beach, FL 33401

Re: **Alpine Capital LLC vs. Satori Waters, LLC,** *et al*
**Case Number: 9:17-cv-81164**

On February 22, 2018, the *Order Granting Plaintiff's Motion to Substitute Receiver with Incorporated Memorandum of Law* [ECF No. 81] (the "Order") was entered by the United States District Court for the Southern District of Florida, West Palm Beach Division (the "Court"). By the Order, Richard Arrowsmith of Alvarez and Marsal Healthcare Industry Group LLC ("A&M") and his designated representatives were appointed as successor Receiver (the "Receiver") for the "Collateral," as such term is defined in the Order, consisting of the personal property, books and records, and certain other assets of Defendants Satori Waters, LLC, *et al* (collectively, "Satori").

On March 9, 2018, pursuant to paragraph 16 of the Order, the Receiver filed his inventory report [ECF No. 96] (the "Initial Inventory"). On May 31, 2018, the Receiver filed his second report [ECF No. 120] updating his initial report and providing a summary of activities performed by him. This is the Receiver's third report reflecting any additional property or effects which the Receiver has discovered, the amount remaining in the hands of or invested by the Receiver, the manner in which the same is secured or invested, and the receipts and expenditures since the Second Report

From the date of the Second Report, May 20, 2018 through July 20, 2018 (the "Third Reporting Period"), the Receiver has been focused on collecting the balance of accounts receivable, resolving the In The Rooms issues, and answering questions from various creditors on the status of the case.

Among other things, the Receiver has performed the following tasks during the Third Reporting Period:
- Continued efforts to collect on accounts receivable.  The Receiver is in regular contact with MedPro, the billing company used by Satori to expedite collections
- Provided an updated 13-week cash flow budget to Alpine and coordinated with Alpine to obtain funding necessary to pay receivership expenses.
- Paid the fees and expenses of the Prior Receiver as directed by the Court.
- Continued to engage in discussions with potentially-interested parties regarding sale of remaining assets of Satori.
- Addressed other issues concerning the administration of the receivership that have arisen from time to time.

**Collateral**

**Changes in Cash Position and Alpine Capital Line of Credit:** The receivership estate ended the week of May March 9, 2018 (the start of the Second Reporting Period) with a cash balance of $19,739.  Most receipts of cash are payments of accounts receivable into a lockbox account, which is swept by Alpine with all funds applied to the outstanding balance on Satori's line of credit.  Funds on hand represent float to cover outstanding checks or wires in transit, collections not yet swept, collections arriving by means other than direct transfer into the lockbox account, and funds advanced by Alpine pursuant to the Receiver's requests to fund receivership expenses.

Cash collections (excluding amounts funded by Alpine to pay budgeted expenses and the fees and expenses of the Prior Receiver) from May 21, 2018 through July 20, 2018 totaled $255,314.  Disbursements during the same period totaled $507,046, including $203,207 in fees and expenses of the Prior Receiver.  Cash on hand as of close of business on July 20, 2018, net of checks outstanding, was $4,896.

Included in the Appendix is the cash flow during the Second Reporting Period as well as the cumulative cash flow from the appointment of the Replacement Receiver to July 20, 2018.

According to Alpine Capital, the balance due under the line of credit on February 22, 2018 (when the Receiver was appointed) was $4,190,361.  According to Alpine Capital, as of May 18, 2018, the outstanding balance was $4,194,346 and as of July 20, 2018, the outstanding balance was $4,504,376.  The foregoing amounts include interest, fees, and other charges that Alpine asserts are due under the terms of applicable loan documents.  There are no other loans outstanding to Alpine Capital.

**Accounts Receivable**: Satori utilized third party vendor Medpro for billing of its services and collection of its accounts receivable and third-party vendors Zencharts and KIPU for its medical

records. According to an analysis prepared by Medpro, the estimated collectible amount of accounts receivable at July 20, 2018 is $1,278,364, although the actual amounts that are collected could be materially different. The estimated accounts receivable does not include amounts due from Cigna. Cigna has stopped remitted payments to many treatment centers in Florida due to concerns about fraud and abuse. Although the Receiver is assessing the viability of collecting the amounts due from Cigna. See the Appendix for details.

**Inventory:** Satori has no remaining inventory. Any miscellaneous medical supplies were abandoned when the Receiver surrendered the premises to the landlord.

**Real Estate, Equipment and Fixed Assets:** Satori did not own any real estate. Each of the properties formerly occupied by Satori have been re-taken or were surrendered to the applicable property owners.

The Receiver selected Ettin Group to liquidate all owned fixed assets, which included laptops, printers, servers, telephones, televisions, other lab equipment, and furniture and fixtures including the items set forth on the chart attached to the Initial Inventory. The auction took place beginning March 26, 2018 and ended March 29, 2018, with a final removal date for purchases of April 5, 2018. The sale resulted in $35,293.44 in proceeds after expenses. All equipment lessors were notified to re-possess their equipment and any leased equipment not picked up was abandoned at the premises when the premises were surrendered to the landlord.

**Other Assets:** The Receiver continues to believe that there is value to be derived from IntheRooms.com and related assets, which are subject to an ownership dispute. Although the Receiver believes these assets comprise Collateral (as defined in the Order) and has attempted to gain control over IntheRooms.com and related assets, the Court has not permitted the Receiver to do so. Instead, the Court has directed that, absent a consensual resolution, competing rights to IntheRooms.com and related assets be resolved through a motion for summary judgment or at trial and has ordered an expedited trial schedule. Alpine Capital has filed a Motion for Summary Judgment [ECF No. 154], which is presently pending. While Alpine Capital and ITR litigate the ownership dispute, the Receiver continues to explore a potential consensual resolution in an effort to maximize value.

**Liabilities:** As of July 20, 2018, and excluding obligations to Alpine, Satori had a total of $3,381,714 in accounts payable, as summarized in the Appendix. Detailed balances due to vendors are available, but for presentation purposes, only the summary balances are presented. Communications continue with the vendor community to apprise of them of the current situation.

Case 9:17-cv-81164-RLR   Document 164   Entered on FLSD Docket 07/27/2018   Page 5 of 9

Respectfully Submitted,

By: *[signature]*
Rick Arrowsmith
Alvarez & Marsal Healthcare Industry Group, LLC
Authorized Persons for Receiver

4

# APPENDIX

**Accounts Receivable Balance**
**As of July 20, 2018**

| Facility | Gross Charges | Allowable Amt | Cigna | Net A/R |
|---|---|---|---|---|
| Atrium | $ 432,710.00 | $ 180,530.94 | $ 6,523.46 | $ 174,007.48 |
| Lakehaven | 2,414,265.00 | 519,442.44 | 1,514.52 | 517,927.92 |
| Satori Waters Fort Lauderdale | 3,448,750.00 | 1,485,235.30 | 1,258,719.28 | 226,516.02 |
| Satori Waters Atlantic | 2,131,615.00 | 807,646.23 | 518,385.87 | 289,260.36 |
| Satori Waters Palm Beach | 2,865,395.00 | 1,278,345.70 | 1,207,692.86 | 70,652.84 |
| Total Facilities | $ 11,292,735.00 | $ 4,271,200.61 | $ 2,992,836.00 | $ 1,278,364.61 |

**ACCOUNTS PAYABLE SUMMARY**
**As of July 20, 2018**

| Entity | Current | 1-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| HSWC | $ - | $ - | $ - | $ - | $ 7,260.13 | $ 7,260.13 |
| Labsure | - | - | - | - | 46,312.64 | 46,312.64 |
| Lakehaven | - | - | - | - | 667,929.21 | 667,929.21 |
| SW Labs | - | - | - | - | 766,552.84 | 766,552.84 |
| TRM | - | - | - | - | 824,445.27 | 824,445.27 |
| Satori Waters | - | - | - | - | 1,069,213.66 | 1,069,213.66 |
| Total | $ - | $ - | $ - | $ - | $ 3,381,713.75 | $ 3,381,713.75 |

Presented in the table below is the actual cash flows from the week ending May 25, 2018 to week ending July 20, 2018

| | \multicolumn{9}{c|}{Week Ending} | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 25-May-18 | 1-Jun-18 | 8-Jun-18 | 15-Jun-18 | 22-Jun-18 | 29-Jun-18 | 06-Jul-18 | 13-Jul-18 | 20-Jul-18 | Total |
| **Receipts** | | | | | | | | | | |
| Deposits into Lockbox | $ 44,992.59 | $ 35,008.50 | $ 13,070.86 | $ 41,733.45 | $ 21,254.25 | $ 25,506.06 | $ 52,999.14 | $ 6,824.57 | $ 3,817.00 | $ 245,206.42 |
| Other Receipts | - | 2,689.17 | 2,736.97 | 29.00 | - | - | 1,214.00 | - | 3,438.23 | 10,107.37 |
| **Total Receipts** | $ 44,992.59 | $ 37,697.67 | $ 15,807.83 | $ 41,762.45 | $ 21,254.25 | $ 25,506.06 | $ 54,213.14 | $ 6,824.57 | $ 7,255.23 | $ 255,313.79 |
| | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | |
| 1099 Contractors | $ 1,826.92 | $ 1,826.92 | $ 1,826.92 | $ 1,826.92 | $ 1,826.92 | $ 1,826.92 | $ 1,826.92 | $ 1,826.92 | $ 1,826.92 | $ 16,442.28 |
| KIPU | - | - | - | - | - | - | - | 5,330.00 | - | 5,330.00 |
| Iron Mountain | 2,886.59 | - | 339.95 | - | - | - | 339.95 | - | - | 3,566.49 |
| Quick Books | 60.00 | - | 40.00 | 60.00 | 60.00 | 30.00 | - | - | 35.00 | 285.00 |
| MedPro | - | - | - | 43,129.59 | - | 11,467.13 | - | 9,352.06 | 11,964.74 | 75,913.52 |
| A&M | - | - | 98,000.00 | 34,318.00 | - | - | - | - | 38,484.00 | 170,802.00 |
| Bilzin Sumberg | - | - | - | 19,645.35 | - | - | - | 8,309.71 | 2,490.60 | 30,445.66 |
| ZenCharts | - | - | - | - | - | - | - | 750.00 | - | 750.00 |
| Contingency/Other | - | 64.19 | 59.95 | 30.00 | 9.99 | 9.99 | 45.00 | 65.00 | 20.00 | 304.12 |
| **Total Disbursements** | $ 4,773.51 | $ 1,891.11 | $ 100,266.82 | $ 99,009.86 | $ 1,896.91 | $ 13,334.04 | $ 2,211.87 | $ 25,633.69 | $ 54,821.26 | $ 303,839.07 |
| | | | | | | | | | | |
| **Cash Flow** | $ 40,219.08 | $ 35,806.56 | $ (84,458.99) | $ (57,247.41) | $ 19,357.34 | $ 12,172.02 | $ 52,001.27 | $ (18,809.12) | $ (47,566.03) | $ (48,525.28) |
| | | | | | | | | | | |
| **Prior Receiver Pmts** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 203,206.98 | $ 203,206.98 |
| | | | | | | | | | | |
| **Net Cash Flow** | $ 40,219.08 | $ 35,806.56 | $ (84,458.99) | $ (57,247.41) | $ 19,357.34 | $ 12,172.02 | $ 52,001.27 | $ (18,809.12) | $ (250,773.01) | $ (251,732.26) |

Notes:
Other receipts in W/E June 1 is refund of security deposit from FP&L
Other receipts in W/E June 8 is refund State of Florida
Other receipts in W/E July 20 is refund from United Healthcare for COBRA

Presented in the table below is the actual cash flows from the week ending March 2, 2018 (first week of Replacement Receiver) to the week ending July 20, 2018

|  | Mar 2 to May 18 Total | May 25 to Jul 20 Total | Mar 2 to July 20 Total |
|---|---:|---:|---:|
| **Receipts** | | | |
| Deposits into Lockbox | $ 589,265.84 | $ 245,206.42 | $ 834,472.26 |
| Other Receipts | 38,887.66 | 10,107.37 | 48,995.03 |
| **Total Receipts** | $ 628,153.50 | $ 255,313.79 | $ 883,467.29 |
| | | | |
| **Disbursements** | | | |
| 1099 Contractors | $ 81,085.88 | $ 16,442.28 | $ 97,528.16 |
| KIPU | - | 5,330.00 | 5,330.00 |
| Iron Mountain | - | 3,566.49 | 3,566.49 |
| Quick Books | - | 285.00 | 285.00 |
| MedPro | - | 75,913.52 | 75,913.52 |
| A&M | - | 170,802.00 | 170,802.00 |
| Bilzin Sumberg | 46,073.63 | 30,445.66 | 76,519.29 |
| ZenCharts | 32,605.00 | 750.00 | 33,355.00 |
| Contingency/Other | 26,297.86 | 304.12 | 26,601.98 |
| **Total Disbursements** | $ 186,062.37 | $ 303,839.07 | $ 489,901.44 |
| | | | |
| **Cash Flow** | $ 442,091.13 | $ (48,525.28) | $ 393,565.85 |
| | | | |
| **Prior Receiver Pmts** | - | $ 203,206.98 | $ 203,206.98 |
| | | | |
| **Net Cash Flow** | $ 442,091.13 | $ (251,732.26) | $ 190,358.87 |